B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Oklahoma** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>*TRC Nutritional Labs, Inc.* | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>*20-0148574* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>*12320 E. Skelly Drive*<br>*Tulsa, OK*<br><div align="right">ZIP Code<br>*74128*</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>*Tulsa* | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."   ■ Debts are primarily<br>business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br><br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                                Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**TRC Nutritional Labs, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)       (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ☑ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| (This page must be completed and filed in every case) | ***TRC Nutritional Labs, Inc.*** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X ***/s/ Mark A. Craige OBA***
Signature of Attorney for Debtor(s)

***Mark A. Craige OBA #1992***
Printed Name of Attorney for Debtor(s)

***MorrelSaffaCraige***
Firm Name

***3501 S. Yale Avenue***
***Tulsa, OK 74135***

_____
Address

***mark@law-office.com; aashley@law-office.com***
***918-664-0800  Fax: 918-663-1383***
Telephone Number

***December 31, 2009***
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ***/s/ Elmer G. Heinrich***
Signature of Authorized Individual

***Elmer G. Heinrich***
Printed Name of Authorized Individual

***President***
Title of Authorized Individual

***December 31, 2009***
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## United States Bankruptcy Court
### Northern District of Oklahoma

In re   **TRC Nutritional Labs, Inc.**
_____
Debtor(s)

Case No. _____
Chapter   **11**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Elmer G. Heinrich**, declare under penalty of perjury that I am the **President** of TRC Nutritional Labs, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 30th day of December, 2009.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Elmer G. Heinrich**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Elmer G. Heinrich**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Elmer G. Heinrich**, **President** of this Corporation is authorized and directed to employ attorneys Patrick J. Malloy, III, OBA #5467 and Mark A. Craige OBA #1992 attorney and the law firm of MorrelSaffaCraige to represent the corporation in such bankruptcy case.

Date   **December 30, 2009**
_____

Signed   /s/ Elmer G. Heinrich
          **Elmer G. Heinrich**

Resolution of Board of Directors
of
*TRC Nutritional Labs, Inc.*

Whereas, by unanimous consent of all of the members of the Board of Directors of TRC Nutritional Labs, Inc., the Board resolves as follows:

Be It Therefore Resolved, that the Officers of this Corporation shall be:

Elmer G. Heinrich      President

Rocky D. Heinrich      Vice-President

Vera D. Walker         Secretary

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter *11* of Title 11 of the United States Code;

Be It Therefore Resolved, that *Elmer G. Heinrich, President* of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter *11* voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that *Elmer G. Heinrich, President* of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that *Elmer G. Heinrich, President* of this Corporation is authorized and directed to employ attorneys Patrick J. Malloy, III, OBA #5467 and Mark A. Craige OBA #1992 attorney and the law firm of MorrelSaffaCraige to represent the corporation in such bankruptcy case.

Date   *December 30, 2009*            Signed
                                             Elmer G. Heinrich, Chairman.

Date   *December 30, 2009*            Signed
                                             Rocky D. Heinrich

Date   *December 30, 2009*            Signed
                                             Shirley A. Heinrich

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Oklahoma

In re      **TRC Nutritional Labs, Inc.**                                    Case No. _____

                                                   Debtor(s)                Chapter          **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| ADECCO EMPLOYMENT SERVICES<br>REMIT TO: DEPT CH 14091<br>PALATINE, IL 60055-4091 | ADECCO EMPLOYMENT SERVICES<br>Dept CH 14091<br>PALATINE, IL 60055-4091<br>918.628.0300 | Trade Debt | | 17,016.45 |
| ARNET PHARMACEUTICAL CORP.<br>2525 DAVIE ROAD<br>DAVIE, FL 33317 | ARNET PHARMACEUTICAL CORP.<br>2525 DAVIE ROAD<br>DAVIE, FL 33317<br>954.236.9053 | Trade Debt | | 16,676.76 |
| B. WILLIS, CPA., INC.<br>1369 SOUTH GARNETT<br>TULSA, OK 74128 | B. WILLIS, CPA., INC.<br>1369 SOUTH GARNETT<br>TULSA, OK 74128<br>918.234.5111 | Trade Debt | | 42,759.85 |
| BLUE PACIFIC FLAVORS<br>1354 SOUTH MARION COURT<br>CITY OF INDUSTRY, CA 91745-2418 | BLUE PACIFIC FLAVORS<br>1354 SOUTH MARION COURT<br>CITY OF INDUSTRY, CA 91745-2418<br>626.934.0099 | Trade Debt | | 19,739.34 |
| CAPTIVE PLASTICS C/O BRAD BAKER<br>8030 N. CINCINNATI DRIVE<br>SPERRY, OK 74073 | CAPTIVE PLASTICS C/O BRAD BAKER<br>8030 N CINCINNATI DRIVE<br>SPERRY, OK 74073<br>918.288.2603 | Trade Debt | | 21,555.26 |
| COGNIS CORPORATION<br>P. O. BOX 827384<br>PHILADELPHIA, PA 19182-7384 | COGNIS CORPORATION<br>P. O. BOX 827384<br>PHILADELPHIA, PA 19182-7384<br>800.673.3702 | Trade Debt | | 55,650.00 |
| DSM NUTRITIONAL PRODUCTS, INC.<br>3927 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | DSM NUTRITIONAL PRODUCTS, INC.<br>3927 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674<br>800.526.0189 | Trade Debt | | 40,680.32 |
| FEDEX<br>PO BOX 660481<br>DALLAS, TX 75266-0481 | FEDEX<br>PO BOX 660481<br>DALLAS, TX 75266-0481<br>800.622.1147 | Trade Debt | | 25,081.50 |
| FEDEX FREIGHT EAST<br>4103 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | FEDEX FREIGHT EAST<br>4103 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693<br>866.393.4585 | Trade Debt | | 19,461.10 |

B4 (Official Form 4) (12/07) - Cont.

In re   **TRC Nutritional Labs, Inc.**                                     Case No. _____

                                      Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **FEDEX NATIONAL LTL**<br>**P. O. BOX 95001**<br>**LAKELAND, FL 33804-5001** | **FEDEX NATIONAL LTL**<br>**P. O. BOX 95001**<br>**LAKELAND, FL 33804-5001**<br>**800.284.4544** | **Trade Debt** | | **25,875.62** |
| **FELLERS, SNIDER, BLANKENSHIP**<br>**BANK ONE TOWER**<br>**OKLAHOMA CITY, OK 73102-8820** | **FELLERS, SNIDER, BLANKENSHIP**<br>**BANK ONE TOWER**<br>**OKLAHOMA CITY, OK 73102-8820**<br>**405.232.0621** | **Trade Debt** | | **42,101.91** |
| **MIDLAND ELECTRICAL LLC**<br>**9522-B E. 47TH PLACE**<br>**TULSA, OK 74145** | **MIDLAND ELECTRICAL LLC**<br>**9522-B E. 47TH PLACE**<br>**TULSA, OK 74145**<br>**918.295.8880** | **Trade Debt** | | **11,620.66** |
| **NOW FOODS/PRIVATE LABEL**<br>**12734 COLLECTION CENTER DRIVE**<br>**CHICAGO, IL 60693** | **NOW FOODS/PRIVATE LABEL**<br>**12734 COLLECTION CENTER DRIVE**<br>**CHICAGO, IL 60693**<br>**800.283.3500 or 888.669.3663** | **Trade Debt** | | **12,850.19** |
| **PRATT INDUSTRIES (USA)**<br>**PRATT CORRUGATED HOLDINGS**<br>**ATLANTA, GA 31193-3949** | **PRATT INDUSTRIES (USA)**<br>**PRATT CORRUGATED HOLDINGS**<br>**ATLANTA, GA 31193-3949** | **Trade Debt** | | **14,549.33** |
| **SONIC PLASTICS**<br>**420 NORTH GENEVA ROAD**<br>**LINDON, UT 84042** | **SONIC PLASTICS**<br>**420 NORTH GENEVA ROAD**<br>**LINDON, UT 84042**<br>**801.796.6100** | **Trade Debt** | | **74,588.09** |
| **STRYKA BOTANICS CO., INC.**<br>**239 HOMESTEAD ROAD**<br>**HILLSBORO, NJ 08844** | **STRYKA BOTANICS CO., INC.**<br>**239 HOMESTEAD ROAD**<br>**HILLSBORO, NJ 08844**<br>**800.978.7952** | **Trade Debt** | | **41,776.77** |
| **THE HARTFORD**<br>**P O BOX 2907**<br>**HARTFORD, CT 06014-2907** | **THE HARTFORD**<br>**P O BOX 2907**<br>**HARTFORD, CT 06014-2907**<br>**866.467.8730, Option 2** | **Trade Debt** | | **24,758.00** |
| **UNITED PARCEL SERVICE**<br>**LOCKBOX 577**<br>**CAROL STREAM, IL 60132-0577** | **UNITED PARCEL SERVICE**<br>**LOCKBOX 577**<br>**CAROL STREAM, IL 60132-0577**<br>**972.383.3636** | **Trade Debt** | | **14,043.91** |
| **WARREN L. MEEKS**<br>**8629 S. DARLINGTON AVE**<br>**TULSA, OK 74137** | **WARREN L. MEEKS**<br>**8629 S. DARLINGTON AVE**<br>**TULSA, OK 74137** | **Loan.** | **Disputed** | **1,400,000.00** |
| **YELLOW TRANSPORTATION, INC.**<br>**P. O. BOX 730333**<br>**DALLAS, TX 75373-0333** | **YELLOW TRANSPORTATION, INC.**<br>**P. O. BOX 730333**<br>**DALLAS, TX 75373-0333**<br>**800.610.6500** | **Trade Debt** | | **18,869.45** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **TRC Nutritional Labs, Inc.**

Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **December 31, 2009**

Signature   **/s/ Elmer G. Heinrich**

**Elmer G. Heinrich**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Oklahoma

In re **TRC Nutritional Labs, Inc.**

Debtor

Case No. _____

Chapter_____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 6,000,000.00 | | |
| B - Personal Property | Yes | 4 | 3,769,139.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 3,631,744.72 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 22,585.33 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 21 | | 2,133,210.65 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 32 | | | |
| Total Assets | | | 9,769,139.00 | | |
| Total Liabilities | | | | 5,787,540.70 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Oklahoma

In re    **TRC Nutritional Labs, Inc.**                                        ,          Case No. _____
                                                            Debtor

                                                                        Chapter _____ **11** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                        Best Case Bankruptcy

B6A (Official Form 6A) (12/07)

.

In re   **TRC Nutritional Labs, Inc.**                                                    ,   Case No. _____
                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|:---:|---:|---:|
| **Lot One (1), Block One (1), THE ROCKLAND CENTER, a RESUB of Lot 22 & Part of Lots 18 - 21 Plainview Heights, an addition to the City of Tulsa, County of Tulsa, State of Oklahoma, according to the recorded plat thereof.** <br><br> **Value based on going concern.  Liquidation value is less.** | **Fee simple** | - | 6,000,000.00 | 3,462,369.95 |

|  |  |  |
|---|---|---|
| Sub-Total > | **6,000,000.00** | (Total of this page) |
| Total > | **6,000,000.00** |  |

___0___   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

**B6D (Official Form 6D) (12/07)**

In re **TRC Nutritional Labs, Inc.** _____,   Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **xxx3547** <br><br> **BANK OF OKLAHOMA, N.A. BROOKSIDE BUSINESS CTR 3237 S. PEORIA TULSA, OK 74105-2026** | | | | **Jan-06** <br><br> **AUTO LOAN** <br><br> **2006 FORD F150 TRUCK** <br><br> Value $              **12,000.00** | | | | **12,924.86** | **924.86** |
| Account No. **xxx2309** <br><br> **BANK OF OKLAHOMA, N.A. BROOKSIDE BUSINESS CTR 3237 S. PEORIA TULSA, OK 74105-2026** | X | - | | **Jan-08** <br><br> **SECOND MORTGAGE** <br><br> **Real Property - The Rockland Center, primary facility.** <br><br> Value $              **6,000,000.00** | | | | **2,112,624.34** | **0.00** |
| Account No. **TRC** <br><br> **Enterprise Funding Group, LLC 4308 Three Mile Road NW Grand Rapids, MI 49534** | | - | | **11/26/2008** <br><br> **Lease Purchase/Security Interest** <br><br> **1 FILZ-ALL MODEL FA-P PRESSURE FILLER W/12 NOZZLES, MANIFOLD AND ACCESSORIES.** <br><br> Value $              **Unknown** | | | | **0.00** | **Unknown** |
| Account No. **TRC JUDGEMENT** <br><br> **MOMAX, LLC C/O RICHARD WARD 6860 N. DALLAS PARKWAY SUITE 200 PLANO, TX 75024** | X | - | | **Aug-08** <br><br> **Judgment Lien and Security Interest.** <br><br> **Real Property and Equipment.** <br><br> Value $              **8,129,000.00** | | | | **1,050,000.00** | **0.00** |

_____**1**_____ continuation sheets attached

Subtotal
(Total of this page)  **3,175,549.20**  **924.86**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

**B6D (Official Form 6D) (12/07) - Cont.**

In re  **TRC Nutritional Labs, Inc.**                                    ,          Case No. _____
                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xxx-3005** | | | **Feb-97** | | | | | |
| **SBCC BANK OF AMERICA CTR SUITE 1214 15 WEST 6TH ST TULSA, OK 74119-5406** | - | | **First MORTGAGE** **Real Property - The Rockland Center, primary facility.** | | | | | |
| | | | Value $        **6,000,000.00** | | | | **299,745.61** | **0.00** |
| Account No. **xxx-xxxx-xxxxxxx-9001** | | | **Jun-09** | | | | | |
| **UMB BANK, N.A. PO BOX 412918 KANSAS CITY, MO 64141-2918** | - | | **Security Interest in inventory & a/r.** **Working capital loan.** | | | | | |
| | | | Value $        **Unknown** | | | | **156,449.91** | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **456,195.52** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **3,631,744.72** | **924.86** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re  **TRC Nutritional Labs, Inc.** _____,   Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>    1    </u>   continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re    **TRC Nutritional Labs, Inc.**                                    ,          Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

*Taxes and Certain Other Debts*
*Owed to Governmental Units*

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. *Tulsa County Treasurer* *500 So Denver* *3rd Floor County Administration Bldg* *Tulsa, OK 74103* | - | | *2008* *Ad valorem Property Taxes* | | | | 22,585.33 | *0.00* 22,585.33 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | *0.00* | |
| (Total of this page) | 22,585.33 | 22,585.33 |
| Total | *0.00* | |
| (Report on Summary of Schedules) | 22,585.33 | 22,585.33 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **TRC Nutritional Labs, Inc.**                                                           Case No. _____
                                                                                    ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.  **TRC**<br><br>**10K LLC**<br>**6902 S KNOXVILLE AVE**<br>**TULSA, OK 74136** | - | | | | 09/2009<br>**Trade Debt** | | | | 450.00 |
| Account No.  **TRC**<br><br>**ADECCO EMPLOYMENT SERVICES**<br>**REMIT TO: DEPT CH 14091**<br>**PALATINE, IL 60055-4091** | - | | | | 07/2007 - 01/2008<br>**Trade Debt** | | | | 17,016.45 |
| Account No.  **TRC**<br><br>**ADMIRAL EXPRESS, INC.**<br>**DEPT. 1600**<br>**TULSA, OK 74121-2155** | - | | | | 09/2009<br>**Trade Debt** | | | | 331.77 |
| Account No.  **TRC**<br><br>**ADVANCE ALARMS, INC.**<br>**P. O. BOX 2257**<br>**BROKEN ARROW, OK 74013-2257** | - | | | | 09/2009<br>**Trade Debt** | | | | 80.00 |

___20___  continuation sheets attached

Subtotal
(Total of this page)          17,878.22

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 S/N:24578-091120   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **TRC Nutritional Labs, Inc.** _____,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **TRC**<br><br>**ALOECORP, INC.**<br>**2660 Willamette Drive NE**<br>**Lacey, WA 98516** | - | | | **09/2008**<br>**Trade Debt** | | | | 500.00 |
| Account No. **TRC**<br><br>**AMAX NUTRASOURCE, INC.**<br>**14291 EAST DON JULIAN ROAD**<br>**CITY OF INDUSTRY, CA 91746** | - | | | **09/2008 - 02/2009**<br>**Trade Debt** | | | | 3,390.05 |
| Account No. **TRC**<br><br>**AMERICAN INGREDIENTS, INC.**<br>**PO BOX 52201**<br>**NEWARK, NJ 07101-0220** | - | | | **04/2009 - 09/2009**<br>**Trade Debt** | | | | 3,432.00 |
| Account No. **TRC**<br><br>**AMERICAN WASTE CONTROL, INC.**<br>**1420 W. 35TH ST.**<br>**TULSA, OK 74107-3814** | - | | | **09/2009**<br>**Trade Debt** | | | | 805.04 |
| Account No. **TRC**<br><br>**AMERIFLEX HOSE & ACCESSORIES**<br>**12940 E ADMIRAL PLACE**<br>**TULSA, OK 74116** | - | | | **05/2009**<br>**Trade Debt** | | | | 365.65 |

Sheet no. _**1**_ of _**20**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **8,492.74**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **TRC Nutritional Labs, Inc.** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **TRC**<br><br>**AMITCO INTERNATIONAL BOTANICAL & NUTRITIONAL DIVISION PATTERSON, NJ 07503** | - | | | | **07/2008**<br>**Trade Debt** | | | | **601.65** |
| Account No. **TRC**<br><br>**AMSAN EVE SUPPLY P. O. BOX 848392 DALLAS, TX 75284-8392** | - | | | | **03/2009**<br>**Trade Debt** | | | | **58.50** |
| Account No. **TRC**<br><br>**ARNET PHARMACEUTICAL CORP. 2525 DAVIE ROAD DAVIE, FL 33317** | - | | | | **05/2009 - 07/2009**<br>**Trade Debt** | | | | **16,676.76** |
| Account No. **TRC**<br><br>**ASCEND MEDIA PO BOX 414674 KANSAS CITY, MO 64714-4674** | - | | | | **08/2007**<br>**Trade Debt** | | | | **600.00** |
| Account No. **TRC**<br><br>**B. WILLIS, CPA., INC. 1369 SOUTH GARNETT TULSA, OK 74128** | - | | | | **08/2006 - 11/2008**<br>**Trade Debt** | | | | **42,759.85** |

Sheet no. __2__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **60,696.76**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **TRC Nutritional Labs, Inc.**                                    ,       Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **TRC** **BCN RESEARCH LABORATORIES, INC.** **2491 STOCK CREEK BLVD** **ROCKFORD, TN 37853** | - | | 12/2007 **Trade Debt** | | | | 316.00 |
| Account No. **TRC** **BLOWTWIN CONTAINERS** **PO BOX 774** **SPRINGVILLE, UT 84663** | - | | 05/2009 **Trade Debt** | | | | 7,648.00 |
| Account No. **TRC** **BLUE PACIFIC FLAVORS** **1354 SOUTH MARION COURT** **CITY OF INDUSTRY, CA 91745-2418** | - | | 07/2008 - 09/2008 **Trade Debt** | | | | 19,739.34 |
| Account No. **TRC** **BNSF LOGISTICS** **75 REMITTANCE DR, SUITE 1767** **CHICAGO, IL 60675-1767** | - | | 06/2008 **Trade Debt** | | | | 825.00 |
| Account No. **TRC** **CANON COMMUNICATIONS LLC** **P.O. BOX 511322** **LOS ANGELES, CA 90051-7877** | - | | 08/2007 **Trade Debt** | | | | 1,500.00 |

Sheet no. __3__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          30,028.34

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **TRC Nutritional Labs, Inc.**                                    ,          Case No. _____
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. *TRC* | | | 11/2007 Trade Debt | | | | |
| *CAPTIVE PLASTICS C/O BRAD BAKER 8030 N. CINCINNATI DRIVE SPERRY, OK 74073* | - | | | | | | 21,555.26 |
| Account No. *TRC* | | | 09/2009 Trade Debt | | | | |
| *CEDAR RIDGE COUNTRY CLUB 10302 S. GARNETT BROKEN ARROW, OK 74011* | - | | | | | | 316.98 |
| Account No. *TRC* | | | 05/2009 - 08/2009 Trade Debt | | | | |
| *CHARLES BOWMAN & CO 3328 JOHN F. DONNELLY DRIVE HOLLAND, MI 49424* | - | | | | | | 2,400.00 |
| Account No. *TRC* | | | 08/2009 Trade Debt | | | | |
| *CHEMPOINT 13727 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693* | - | | | | | | 2,915.89 |
| Account No. *TRC* | | | 09/2008 Trade Debt | | | | |
| *COGNIS CORPORATION P. O. BOX 827384 PHILADELPHIA, PA 19182-7384* | - | | | | | | 55,650.00 |

Sheet no. __4__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

82,838.13

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **TRC Nutritional Labs, Inc.** _____,   Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **TRC**<br><br>**COLBURN ELECTRIC LLC**<br>**829 W ELGIN STREET**<br>**BROKEN ARROW, OK 74012** | | - | | **07/2009**<br>**Trade Debt** | | | | 515.88 |
| Account No. **TRC**<br><br>**COMPLETE PACKAGING**<br>**926 N 1430 WEST**<br>**OREM, UT 84057** | | - | | **05/2009**<br>**Trade Debt** | | | | 4,345.53 |
| Account No. **TRC**<br><br>**CONTAINER SUPPLY, INC.**<br>**OKLAHOMA CITY, OK 73118** | | - | | **06/2009**<br>**Trade Debt** | | | | 1,238.10 |
| Account No. **TRC**<br><br>**CONTINENTAL AGENCY INC**<br>**535 BREA CANYON ROAD**<br>**WALNUT, CA 91789** | | - | | **10/2008**<br>**Trade Debt** | | | | 50.00 |
| Account No. **TRC**<br><br>**CORN PRODUCTS INTL, INC**<br>**5 WESTBROOK CORPORATE CENTER**<br>**WESTCHESTER, IL 60154** | | - | | **07/2009**<br>**Trade Debt** | | | | 2,848.76 |

Sheet no. __5__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **8,998.27**

B6F (Official Form 6F) (12/07) - Cont.

In re __**TRC Nutritional Labs, Inc.**_____,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. *TRC*<br><br>**CREATIVE FLAVOR CONCEPTS, INC**<br>**16 GOODYEAR UNIT 105**<br>**IRVINE, CA 92618** | - | | | **08/2009**<br>**Trade Debt** | | | | 860.00 |
| Account No. *TRC*<br><br>**CULLIGAN OF TULSA**<br>**P.O. BOX 9697**<br>**TULSA, OK 74157-0697** | - | | | **07/2009 - 09/2009**<br>**Trade Debt** | | | | 236.30 |
| Account No. *TRC*<br><br>**DESICCARE, INC.**<br>**ACCOUNTS RECEIVABLE**<br>**POMONA, CA 91768** | - | | | **08/2009**<br>**Trade Debt** | | | | 64.00 |
| Account No. *TRC*<br><br>**DESIGN AIR SYSTEMS**<br>**9504 RIDGEVIEW STREET**<br>**TULSA, OK 74131** | - | | | **12/2007**<br>**Trade Debt** | | | | 1,724.75 |
| Account No. *TRC*<br><br>**DSM NUTRITIONAL PRODUCTS, INC.**<br>**3927 PAYSPHERE CIRCLE**<br>**CHICAGO, IL 60674** | - | | | **09/2008 - 01/2009**<br>**Trade Debt** | | | | 40,680.32 |

Sheet no. __6___ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

43,565.37

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __**TRC Nutritional Labs, Inc.**_____,    Case No. _____

                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **TRC** <br><br>**ECOLAB, INC.**<br>**P. O. BOX 70343**<br>**CHICAGO, IL 60673-0343** | - | | **08/2009**<br>**Trade Debt** | | | | 1,232.00 |
| Account No. **TRC** <br><br>**EDGAR A WEBER & COMPANY**<br>**549 PALWAUKEE DRIVE**<br>**WHEELING, IL 60090** | - | | **06/2009 - 09/2009**<br>**Trade Debt** | | | | 2,043.48 |
| Account No. **TRC** <br><br>**ELEMENTS, LLC.**<br>**27 AUTUMN COURT**<br>**WEST MILFORD, NJ 07480** | - | | **06/2009 - 09/2009**<br>**Trade Debt** | | | | 10,518.16 |
| Account No. **TRC** <br><br>**FEDEX**<br>**PO BOX 660481**<br>**DALLAS, TX 75266-0481** | - | | **08/2009 - 09/2009**<br>**Trade Debt** | | | | 25,081.50 |
| Account No. **TRC** <br><br>**FEDEX FREIGHT EAST**<br>**4103 COLLECTION CENTER DRIVE**<br>**CHICAGO, IL 60693** | - | | **07/2009 - 09/2009**<br>**Trade Debt** | | | | 19,461.10 |

Sheet no. __**7**___ of __**20**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **58,336.24**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**TRC Nutritional Labs, Inc.**_____ ,   Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **TRC**<br><br>**FEDEX NATIONAL LTL**<br>**P. O. BOX 95001**<br>**LAKELAND, FL 33804-5001** | - | | | **07/2009 - 09/2009**<br>**Trade Debt** | | | | **25,875.62** |
| Account No. **TRC**<br><br>**FELLERS, SNIDER, BLANKENSHIP**<br>**BANK ONE TOWER**<br>**OKLAHOMA CITY, OK 73102-8820** | - | | | **08/2008**<br>**Trade Debt** | | | | **42,101.91** |
| Account No. **TRC**<br><br>**FISCHER HONEY COMPANY**<br>**2001 N. POPLAR STREET**<br>**NORTH LITTLE ROCK, AR 72114** | - | | | **06/2009**<br>**Trade Debt** | | | | **875.00** |
| Account No. **TRC**<br><br>**GAIA HERBS, INC.**<br>**3018 SOLUTIONS CENTER**<br>**CHICAGO, IL 60677-3000** | - | | | **11/2007**<br>**Trade Debt** | | | | **6,393.81** |
| Account No. **TRC**<br><br>**GLOBAL LOGISTICS CONSULTING**<br>**INC**<br>**17 WALT WHITMAN ROAD, SUITE R**<br>**HUNTINGTON STATION, NY 11746** | - | | | **09/2009**<br>**Trade Debt** | | | | **3,180.00** |

Sheet no. __**8**___ of __**20**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **78,426.34**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **TRC Nutritional Labs, Inc.** _____,        Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **TRC**<br><br>**HAMRICK MANUFACTURING SERVICE, INC**<br>**1436 MARTIN RD**<br>**MOGADORE, OH 44260** | - | | | 03/2009<br>**Trade Debt** | | | | 2,300.86 |
| Account No. **TRC**<br><br>**INNOMARK INC**<br>**982 E. FACTORY DRIVE**<br>**ST. GEORGE, UT 84790** | - | | | 04/2009 - 06/2009<br>**Trade Debt** | | | | 2,732.01 |
| Account No. **TRC**<br><br>**INNOVATIVE LABS**<br>**1530 N MOUNTAIN SPRINGS PARKWAY**<br>**SPRINGVILLE, UT 84663** | - | | | 10/2007<br>**Trade Debt** | | | | 3,483.71 |
| Account No. **TRC**<br><br>**JM SWANK COMPANY**<br>**395 HERKY STREET**<br>**N. LIBERTY, IA 52317** | - | | | 04/2009 - 09/2009<br>**Trade Debt** | | | | 7,865.00 |
| Account No. **TRC**<br><br>**JOST CHEMICAL CO.**<br>**8150 LACKLAND**<br>**ST. LOUIS, MO 63114** | - | | | 07/2009<br>**Trade Debt** | | | | 4,704.20 |

Sheet no. __9__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **21,085.78**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **TRC Nutritional Labs, Inc.**                                    ,                Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **TRC** <br><br>**KAPS-ALL PACKAGING SYSTEMS 200 MILL ROAD RIVERHEAD, NY 11901-3125** | - | | 11/2008 <br>**Trade Debt** | | | | 529.10 |
| Account No.  **TRC** <br><br>**KARNAVATI AMERICA 10569 NW 53RD ST SUNRISE, FL 33351** | - | | 03/2008 <br>**Trade Debt** | | | | 475.00 |
| Account No.  **TRC** <br><br>**KELATRON CORPORATION 1675 W. 2750 STREET SOUTH ODGEN, UT 84401** | - | | 08/2009 <br>**Trade Debt** | | | | 225.00 |
| Account No.  **TRC** <br><br>**LOCKE SUPPLY COMPANY 6308 E. ADMIRAL PL. TULSA, OK 74115** | - | | 04/2009 <br>**Trade Debt** | | | | 137.79 |
| Account No.  **TRC** <br><br>**LONE STAR OVERNIGHT P.O. BOX 149225 AUSTIN, TX 78714-9225** | - | | 10/2008 <br>**Trade Debt** | | | | 12.03 |

Sheet no. __10__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **1,378.92**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **TRC Nutritional Labs, Inc.**                                            ,        Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **TRC** <br><br> **MAC FIRE SYSTEMS, INC.** <br> **P. O. BOX 27422** <br> **TULSA, OK 74149** | - | | | **09/2009** <br> **Trade Debt** | | | | **2,057.00** |
| Account No. **TRC** <br><br> **MAGIC REFRIGERATION** <br> **5423 S. 99TH E. AVE.** <br> **TULSA, OK 74146** | - | | | **03/2009 - 05/2009** <br> **Trade Debt** | | | | **3,659.24** |
| Account No. **TRC** <br><br> **MCKERNAN PACKAGING** <br> **800 S. ROCK BLVD** <br> **RENO, NV 89502** | - | | | **10/2009** <br> **Trade Debt** | | | | **22.48** |
| Account No. **TRC** <br><br> **MEI LABELS** <br> **19014 E. ADMIRAL PL.** <br> **CATOOSA, OK 74015** | - | | | **09/2009** <br> **Trade Debt** | | | | **347.40** |
| Account No. **TRC** <br><br> **MICHAEL A. CUMMISKY** <br> **8619 E. 48TH ST** <br> **TULSA, OK 74129** | - | | | **03/2008** <br> **Trade Debt** | | | | **2,650.00** |

Sheet no. __11__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,736.12**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **TRC Nutritional Labs, Inc.** _____,   Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  *TRC*<br><br>**MIDLAND ELECTRICAL LLC**<br>**9522-B E. 47TH PLACE**<br>**TULSA, OK 74145** | - | | **03/2009 - 05/2009**<br>**Trade Debt** | | | | **11,620.66** |
| Account No.  *TRC*<br><br>**MIDLAND PACKAGING CORP**<br>**4641 NORTH 56TH ST**<br>**LINCOLN, NE 68504** | - | | **06/2009**<br>**Trade Debt** | | | | **218.07** |
| Account No.  *TRC*<br><br>**MISSION FLAVORS & FRAGRANCES**<br>**25882 WRIGHT CIRCLE**<br>**FOOTHILL RANCH, CA 92610-3503** | - | | **09/2009**<br>**Trade Debt** | | | | **4,452.72** |
| Account No.  *TRC*<br><br>**NATURE WAY #2**<br>**719 E. KANSAS PLAZA**<br>**GARDEN CITY, KS 67846** | - | | **05/2008**<br>**Trade Debt** | | | | **3,875.00** |
| Account No.  *TRC*<br><br>**NORTHPORT PRINTING**<br>**100A CABOT STREET**<br>**WEST BABYLON, NY 11704** | - | | **08/2009**<br>**Trade Debt** | | | | **1,589.65** |

Sheet no. __12__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**21,756.10**

B6F (Official Form 6F) (12/07) - Cont.

In re   **_TRC Nutritional Labs, Inc._**                                                    ,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **_TRC_** <br><br>**_NORTHWEST NATURALS_**<br>**_11805 N. CREEK PARKWAY STE A-104_**<br>**_BOTHELL, WA 98011_** | | - | | | **_08/2009_**<br>**_Trade Debt_** | | | | **_10,130.47_** |
| Account No. **_TRC_** <br><br>**_NOW FOODS/PRIVATE LABEL_**<br>**_12734 COLLECTION CENTER DRIVE_**<br>**_CHICAGO, IL 60693_** | | - | | | **_02/2009 - 04/2009_**<br>**_Trade Debt_** | | | | **_12,850.19_** |
| Account No. **_TRC_** <br><br>**_NSF INTERNATIONAL_**<br>**_6195 RELIABLE PARKWAY_**<br>**_CHICAGO, IL 60686-0061_** | | - | | | **_07/2009_**<br>**_Trade Debt_** | | | | **_7,075.40_** |
| Account No. **_TRC_** <br><br>**_OFFICE TEAM_**<br>**_P.O. BOX 60000_**<br>**_SAN FRANCISCO, CA 94160-3484_** | | - | | | **_07/2008_**<br>**_Trade Debt_** | | | | **_7,983.48_** |
| Account No. **_TRC_** <br><br>**_OKLAHOMA MAILING EQUIP CORP - 2_**<br>**_P.O. BOX 471587_**<br>**_TULSA, OK 74147_** | | - | | | **_06/2009_**<br>**_Trade Debt_** | | | | **_916.35_** |

Sheet no. __13__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **38,955.89**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **TRC Nutritional Labs, Inc.** _____,   Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **TRC**<br><br>**OLD DOMINION FREIGHT LINE, INC.**<br>**P. O. BOX 60908**<br>**CHARLOTTE, NC 28260-0908** | - | | **09/2008**<br>**Trade Debt** | | | | 137.16 |
| Account No.  **TRC**<br><br>**OVERNIGHT LABELS**<br>**151-15 W. INDUSTRY CT.**<br>**DEER PARK, NY 11729** | - | | **07/2009**<br>**Trade Debt** | | | | 10,562.44 |
| Account No.  **TRC**<br><br>**PAT VITAMINS**<br>**17181 GALE AVE. SUITE C**<br>**CITY OF INDUSTRY, CA 91745** | - | | **05/2009 - 06/2009**<br>**Trade Debt** | | | | 3,527.85 |
| Account No.  **TRC**<br><br>**PHARMLINE, INC.**<br>**P. O. BOX 291**<br>**FLORIDA, NY 10921** | - | | **09/2009**<br>**Trade Debt** | | | | 11,108.00 |
| Account No.  **TRC**<br><br>**PLASTIREY CONTAINER**<br>**14110 BUSINESS AVE**<br>**LAREDO, TX 78045** | - | | **08/2009**<br>**Trade Debt** | | | | 2,880.00 |

Sheet no. __14__ of __20__ sheets attached to Schedule of                    Subtotal                28,215.45
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**TRC Nutritional Labs, Inc.**_____,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **TRC** <br><br> **PRATT INDUSTRIES (USA) PRATT CORRUGATED HOLDINGS ATLANTA, GA 31193-3949** | X | - | | **09/2009** <br> **Trade Debt** | | | | **14,549.33** |
| Account No. **TRC** <br><br> **PREFERRED BUSINESS SYSTEMS, L.L.C. 5334 E. 46TH STREET TULSA, OK 74135** | | - | | **08/2009** <br> **Trade Debt** | | | | **358.78** |
| Account No. **TRC** <br><br> **PREFERRED TAPE 6708 E 13TH STREET TULSA, OK 74112-5612** | | - | | **07/2009** <br> **Trade Debt** | | | | **444.57** |
| Account No. **TRC** <br><br> **PREMIUM INGREDIENTS INTERNATIONAL 285 E. 410 AVENUE CAROL STREAM, IL 60188** | | - | | **09/2009** <br> **Trade Debt** | | | | **132.36** |
| Account No. **TRC** <br><br> **QUADREL LABELING SYSTEMS 7670 JENTHER DRIVE MENTOR, OH 44060** | | - | | **01/2008** <br> **Trade Debt** | | | | **768.12** |

Sheet no. __**15**__ of __**20**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**16,253.16**

B6F (Official Form 6F) (12/07) - Cont.

In re   **TRC Nutritional Labs, Inc.**                                    ,      Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **TRC** <br><br> **RIGGS, ABNEY, NEAL, TURPEN, ORBISON & LEWIS** <br> **TULSA, OK 74119-1010** | - | | | | **05/2009 - 09/2009** <br> **Trade Debt** | | | | **6,619.90** |
| Account No. **TRC** <br><br> **SENSIENT COLORS, INC.** <br> **P.O. BOX 934709** <br> **ATLANTA, GA 31193-4709** | - | | | | **02/2009** <br> **Trade Debt** | | | | **3,458.15** |
| Account No. **TRC** <br><br> **SHUSTER LABORATORIES, INC.** <br> **85 JOHN ROAD** <br> **CANTON, MA 02021** | - | | | | **11/2007** <br> **Trade Debt** | | | | **9,640.38** |
| Account No. **TRC** <br><br> **SKIDMORE SALES & DISTRIBUTING CO** <br> **9889 CINCINNATI-DAYTON ROAD** <br> **WEST CHESTER, OH 45069-3826** | - | | | | **07/2009** <br> **Trade Debt** | | | | **291.88** |
| Account No. **TRC** <br><br> **SONIC PLASTICS** <br> **420 NORTH GENEVA ROAD** <br> **LINDON, UT 84042** | - | | | | **07/2009 - 09/2009** <br> **Trade Debt** | | | | **74,588.09** |

Sheet no. __16__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **94,598.40**

B6F (Official Form 6F) (12/07) - Cont.

In re    **TRC Nutritional Labs, Inc.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **TRC**<br><br>**SOONER PALLET SERVICES, INC.**<br>**PO BOX 518**<br>**CLAREMORE, OK 74018-0518** | - | | | **08/2009**<br>**Trade Debt** | | | | **980.00** |
| Account No. **TRC**<br><br>**SPECTRUM LABORATORY PRODUCTS**<br>**14422 S. SAN PEDRO STREET**<br>**GARDENA, CA 90248** | - | | | **04/2009**<br>**Trade Debt** | | | | **22.50** |
| Account No. **TRC**<br><br>**STAKICH, INC**<br>**1155 VAUGHAN ROAD**<br>**BLOOMFIELD HILLS, MI 48304** | - | | | **05/2009**<br>**Trade Debt** | | | | **700.00** |
| Account No. **TRC**<br><br>**STAUBER PERFORMANCE INGREDIENTS**<br>**4120 N. PALM STREET**<br>**FULLERTON, CA 92835** | - | | | **08/2009**<br>**Trade Debt** | | | | **471.75** |
| Account No. **TRC**<br><br>**STERLING PHARMACEUTICAL SERICES LLC**<br>**2302 S CENTER STREET**<br>**MARYVILLE, IL 62062** | - | | | **10/2008**<br>**Trade Debt** | | | | **6,221.90** |

Sheet no. __17__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **8,396.15**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **TRC Nutritional Labs, Inc.** _____ ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **TRC**<br><br>**STRYKA BOTANICS CO., INC.**<br>**239 HOMESTEAD ROAD**<br>**HILLSBORO, NJ 08844** | - | | **07/2009 - 09/2009**<br>**Trade Debt** | | | | **41,776.77** |
| Account No. **TRC**<br><br>**THE FLAVOR FACTORY**<br>**2058 SECOND STREET**<br>**NORCO, CA 92860** | - | | **07/2009**<br>**Trade Debt** | | | | **309.85** |
| Account No. **TRC**<br><br>**THE HARTFORD**<br>**P O BOX 2907**<br>**HARTFORD, CT 06014-2907** | - | | **07/2009**<br>**Trade Debt** | | | | **24,758.00** |
| Account No. **TRC**<br><br>**THERMA-STORE**<br>**4201 LIEN RD**<br>**MADDISON, WI 53704** | - | | **01/2008**<br>**Trade Debt** | | | | **71.00** |
| Account No. **TRC**<br><br>**TRADIMEX EQUIPMENT & SUPPLY, INC.**<br>**PO BOX 1338**<br>**OREM, UT 84058-1338** | - | | **04/2008**<br>**Trade Debt** | | | | **607.10** |

Sheet no. __18__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **67,522.72**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **TRC Nutritional Labs, Inc.**                                      ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **TRC** **TULSA EMERGENCY MEDICAL CENTER** PO BOX 22063 TULSA, OK 74121-2063 | - | | | **09/2009** **Trade Debt** | | | | 152.49 |
| Account No. **TRC** **TULSA WORLD** **STA DEPARTMENT** TULSA, OK 74102-1770 | - | | | **09/2009** **Trade Debt** | | | | 346.60 |
| Account No. **TRC** **ULINE SHIPPING SUPPLY SPECIALISTS** **ATTN:  ACCOUNTS RECEIVABLE** WAUKEGAN, IL 60085 | - | | | **07/2009** **Trade Debt** | | | | 91.96 |
| Account No. **TRC** **UNITED COLD STORAGE, INC.** P.O. BOX 581114 TULSA, OK 74158-1114 | - | | | **09/2009** **Trade Debt** | | | | 55.00 |
| Account No. **TRC** **UNITED PARCEL SERVICE** **LOCKBOX 577** **CAROL STREAM, IL 60132-0577** | - | | | **01/2009 - 05/2009** **Trade Debt** | | | | 14,043.91 |

Sheet no. __19__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **14,689.96**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**TRC Nutritional Labs, Inc.**_____,   Case No. _____
                                                      **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.  **TRC**<br><br>**UNIVAR USA, INC.**<br>**P. O. BOX 849027**<br>**DALLAS, TX 75284-9027** | | - | | | **06/2009 - 09/2009**<br>**Trade Debt** | | | | **2,982.09** |
| Account No.  **TRC**<br><br>**UTILITY REBATE CONSULTANTS**<br>**2526 EAST 71ST ST, SUITE E**<br>**TULSA, OK 74136-5531** | | - | | | **08/2009**<br>**Trade Debt** | | | | **407.65** |
| Account No.<br><br>**WARREN L. MEEKS**<br>**8629 S. DARLINGTON AVE**<br>**TULSA, OK 74137** | X | - | | | **Sep-08**<br>**Loan.** | | | X | **1,400,000.00** |
| Account No.  **TRC**<br><br>**WEST COAST CONTAINER, INC./ALCOA**<br>**1525 WILLAMETTE FALLS DR.**<br>**WEST LINN, OR 98068** | | - | | | **07/2009**<br>**Trade Debt** | | | | **102.40** |
| Account No.  **TRC**<br><br>**YELLOW TRANSPORTATION, INC.**<br>**P. O. BOX 730333**<br>**DALLAS, TX 75373-0333** | | - | | | **01/2009 - 04/2009**<br>**Trade Debt** | | | | **18,869.45** |

Sheet no. __**20**__ of __**20**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | **1,422,361.59** |
| Total<br>(Report on Summary of Schedules) | **2,133,210.65** |

B6G (Official Form 6G) (12/07)

In re   **TRC Nutritional Labs, Inc.**        ,       Case No. _____

                               Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Benchmark Financial Groups**<br>**65 Enterprise**<br>**Aliso Viejo, CA 92656** | **48 Month term Equipment Lease on (1) Filz-All Model FA-P Pressure Filler w/12 Nozzles & Manifold Inc. All options for 2 oz to 4 oz bottle; (1) Kaps-All Model A-6 Auto Capping Machine w/conveyor, clutches & all parts for 24mm flat caps for 2 oz to 4 oz bottles; monthly lease payments $2,578.46, 37 mos remaining on lease.** |

*0*

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re **TRC Nutritional Labs, Inc.** , Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Elmer G. Heinrich**<br>**119 Spinnaker Lane**<br>**Jupiter, FL 33477**<br>  **List all debts he has personally guaranteed.** | **MOMAX, LLC**<br>**C/O RICHARD WARD**<br>**6860 N. DALLAS PARKWAY SUITE 200**<br>**PLANO, TX 75024** |
| **Elmer G. Heinrich**<br>**119 Spinnaker Lane**<br>**Jupiter, FL 33477** | **BANK OF OKLAHOMA, N.A.**<br>**BROOKSIDE BUSINESS CTR**<br>**3237 S. PEORIA**<br>**TULSA, OK 74105-2026** |
| **Elmer G. Heinrich**<br>**119 Spinnaker Lane**<br>**Jupiter, FL 33477** | **PRATT INDUSTRIES (USA)**<br>**PRATT CORRUGATED HOLDINGS**<br>**ATLANTA, GA 31193-3949** |
| **Elmer G. Heinrich**<br>**119 Spinnaker Lane**<br>**Jupiter, FL 33477** | **WARREN L. MEEKS**<br>**8629 S. DARLINGTON AVE**<br>**TULSA, OK 74137** |

_**0**_
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Oklahoma

In re    **TRC Nutritional Labs, Inc.**

Debtor(s)

Case No. _____

Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**34**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **December 31, 2009**

Signature  **/s/ Elmer G. Heinrich**

**Elmer G. Heinrich**
**President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of Oklahoma

In re   **TRC Nutritional Labs, Inc.**_____,   Case No. _____

Debtor

Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Elmer G. Heinrich** | **Common Stock** | **100%** | **Stock** |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**December 31, 2009**_____     Signature_**/s/ Elmer G. Heinrich**_____

**Elmer G. Heinrich**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

_**0**____ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                          Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Oklahoma

In re    **TRC Nutritional Labs, Inc.**                                         Case No. _____

                                                    Debtor(s)        Chapter        **11**

## VERIFICATION AS TO OFFICIAL MAILING MATRIX

■    Original
☐    Amendment

I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on computer diskette, CD ROM or uploaded to the Electronic Case Filing System is a true, correct and complete listing to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

Official Mailing Matrix submitted via:

(a)    ___ computer diskette/CD ROM listing a total of ___ creditors; or

(b)    __X__ uploaded to Electronic Case Filing System listing a total of __112__ creditors.

Date:    **December 31, 2009**                    **/s/ Elmer G. Heinrich**
                                                 **Elmer G. Heinrich/President**
                                                 Signer/Title

Date:    **December 31, 2009**                    **/s/ Mark A. Craige OBA**
                                                 Signature of Attorney
                                                 **Mark A. Craige OBA #1992**
                                                 **MorrelSaffaCraige**
                                                 **3501 S. Yale Avenue**
                                                 **Tulsa, OK 74135**
                                                 **918-664-0800   Fax: 918-663-1383**

*[Check if applicable]* ___ Creditor(s) with foreign addresses included

10K LLC
6902 S KNOXVILLE AVE
TULSA OK 74136

ADECCO EMPLOYMENT SERVICES
REMIT TO: DEPT CH 14091
PALATINE IL 60055-4091

ADMIRAL EXPRESS, INC.
DEPT. 1600
TULSA OK 74121-2155

ADVANCE ALARMS, INC.
P. O. BOX 2257
BROKEN ARROW OK 74013-2257

ALOECORP, INC.
2660 Willamette Drive NE
Lacey WA 98516

AMAX NUTRASOURCE, INC.
14291 EAST DON JULIAN ROAD
CITY OF INDUSTRY CA 91746

AMERICAN INGREDIENTS, INC.
PO BOX 52201
NEWARK NJ 07101-0220

AMERICAN WASTE CONTROL, INC.
1420 W. 35TH ST.
TULSA OK 74107-3814

AMERIFLEX HOSE & ACCESSORIES
12940 E ADMIRAL PLACE
TULSA OK 74116

AMITCO INTERNATIONAL
BOTANICAL & NUTRITIONAL DIVISION
PATTERSON NJ 07503

AMSAN EVE SUPPLY
P. O. BOX 848392
DALLAS TX 75284-8392

ARNET PHARMACEUTICAL CORP.
2525 DAVIE ROAD
DAVIE FL 33317

ASCEND MEDIA
PO BOX 414674
KANSAS CITY MO 64714-4674

B. WILLIS, CPA., INC.
1369 SOUTH GARNETT
TULSA OK 74128

BANK OF OKLAHOMA, N.A.
BROOKSIDE BUSINESS CTR
3237 S. PEORIA
TULSA OK 74105-2026

BCN RESEARCH LABORATORIES, INC.
2491 STOCK CREEK BLVD
ROCKFORD TN 37853

Benchmark Financial Groups
65 Enterprise
Aliso Viejo CA 92656

BLOWTWIN CONTAINERS
PO BOX 774
SPRINGVILLE UT 84663

BLUE PACIFIC FLAVORS
1354 SOUTH MARION COURT
CITY OF INDUSTRY CA 91745-2418

BNSF LOGISTICS
75 REMITTANCE DR, SUITE 1767
CHICAGO IL 60675-1767

CANON COMMUNICATIONS LLC
P.O. BOX 511322
LOS ANGELES CA 90051-7877

CAPTIVE PLASTICS C/O BRAD BAKER
8030 N. CINCINNATI DRIVE
SPERRY OK 74073

CEDAR RIDGE COUNTRY CLUB
10302 S. GARNETT
BROKEN ARROW OK 74011

CHARLES BOWMAN & CO
3328 JOHN F. DONNELLY DRIVE
HOLLAND MI 49424

CHEMPOINT
13727 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693

COGNIS CORPORATION
P. O. BOX 827384
PHILADELPHIA PA 19182-7384

COLBURN ELECTRIC LLC
829 W ELGIN STREET
BROKEN ARROW OK 74012

COMPLETE  PACKAGING
926 N 1430 WEST
OREM UT 84057

CONTAINER  SUPPLY,  INC.
OKLAHOMA CITY OK 73118

CONTINENTAL  AGENCY  INC
535 BREA CANYON ROAD
WALNUT CA 91789

CORN  PRODUCTS  INTL,  INC
5 WESTBROOK CORPORATE CENTER
WESTCHESTER IL 60154

CREATIVE  FLAVOR  CONCEPTS,  INC
16 GOODYEAR UNIT 105
IRVINE CA 92618

CULLIGAN  OF  TULSA
P.O. BOX 9697
TULSA OK 74157-0697

DESICCARE,  INC.
ACCOUNTS RECEIVABLE
POMONA CA 91768

DESIGN  AIR  SYSTEMS
9504 RIDGEVIEW STREET
TULSA OK 74131

DSM  NUTRITIONAL  PRODUCTS,  INC.
3927 PAYSPHERE CIRCLE
CHICAGO IL 60674

ECOLAB,  INC.
P. O. BOX 70343
CHICAGO IL 60673-0343

EDGAR  A  WEBER  &  COMPANY
549 PALWAUKEE DRIVE
WHEELING IL 60090

ELEMENTS,  LLC.
27 AUTUMN COURT
WEST MILFORD NJ 07480

Elmer  G.  Heinrich
119 Spinnaker Lane
Jupiter FL 33477

Enterprise  Funding  Group,  LLC
4308 Three Mile Road NW
Grand Rapids MI 49534

FEDEX
PO BOX 660481
DALLAS TX 75266-0481

FEDEX FREIGHT EAST
4103 COLLECTION CENTER DRIVE
CHICAGO IL 60693

FEDEX NATIONAL LTL
P. O. BOX 95001
LAKELAND FL 33804-5001

FELLERS, SNIDER, BLANKENSHIP
BANK ONE TOWER
OKLAHOMA CITY OK 73102-8820

FISCHER HONEY COMPANY
2001 N. POPLAR STREET
NORTH LITTLE ROCK AR 72114

GAIA HERBS, INC.
3018 SOLUTIONS CENTER
CHICAGO IL 60677-3000

GLOBAL LOGISTICS CONSULTING INC
17 WALT WHITMAN ROAD, SUITE R
HUNTINGTON STATION NY 11746

HAMRICK MANUFACTURING SERVICE, INC
1436 MARTIN RD
MOGADORE OH 44260

INNOMARK INC
982 E. FACTORY DRIVE
ST. GEORGE UT 84790

INNOVATIVE LABS
1530 N MOUNTAIN SPRINGS PARKWAY
SPRINGVILLE UT 84663

JM SWANK COMPANY
395 HERKY STREET
N. LIBERTY IA 52317

JOST CHEMICAL CO.
8150 LACKLAND
ST. LOUIS MO 63114

KAPS-ALL PACKAGING SYSTEMS
200 MILL ROAD
RIVERHEAD NY 11901-3125

KARNAVATI AMERICA
10569 NW 53RD ST
SUNRISE FL 33351

KELATRON CORPORATION
1675 W. 2750 STREET SOUTH
ODGEN UT 84401

LOCKE SUPPLY COMPANY
6308 E. ADMIRAL PL.
TULSA OK 74115

LONE STAR OVERNIGHT
P.O. BOX 149225
AUSTIN TX 78714-9225

MAC FIRE SYSTEMS, INC.
P. O. BOX 27422
TULSA OK 74149

MAGIC REFRIGERATION
5423 S. 99TH E. AVE.
TULSA OK 74146

MCKERNAN PACKAGING
800 S. ROCK BLVD
RENO NV 89502

MEI LABELS
19014 E. ADMIRAL PL.
CATOOSA OK 74015

MICHAEL A. CUMMISKY
8619 E. 48TH ST
TULSA OK 74129

MIDLAND ELECTRICAL LLC
9522-B E. 47TH PLACE
TULSA OK 74145

MIDLAND PACKAGING CORP
4641 NORTH 56TH ST
LINCOLN NE 68504

MISSION FLAVORS & FRAGRANCES
25882 WRIGHT CIRCLE
FOOTHILL RANCH CA 92610-3503

MOMAX, LLC
C/O RICHARD WARD
6860 N. DALLAS PARKWAY SUITE 200
PLANO TX 75024

NATURE WAY #2
719 E. KANSAS PLAZA
GARDEN CITY KS 67846

NORTHPORT PRINTING
100A CABOT STREET
WEST BABYLON NY 11704

NORTHWEST NATURALS
11805 N. CREEK PARKWAY STE A-104
BOTHELL WA 98011

NOW FOODS/PRIVATE LABEL
12734 COLLECTION CENTER DRIVE
CHICAGO IL 60693

NSF INTERNATIONAL
6195 RELIABLE PARKWAY
CHICAGO IL 60686-0061

OFFICE TEAM
P.O. BOX 60000
SAN FRANCISCO CA 94160-3484

OKLAHOMA MAILING EQUIP CORP - 2
P.O. BOX 471587
TULSA OK 74147

OLD DOMINION FREIGHT LINE, INC.
P. O. BOX 60908
CHARLOTTE NC 28260-0908

OVERNIGHT LABELS
151-15 W. INDUSTRY CT.
DEER PARK NY 11729

PAT VITAMINS
17181 GALE AVE. SUITE C
CITY OF INDUSTRY CA 91745

PHARMLINE, INC.
P. O. BOX 291
FLORIDA NY 10921

PLASTIREY CONTAINER
14110 BUSINESS AVE
LAREDO TX 78045

PRATT INDUSTRIES (USA)
PRATT CORRUGATED HOLDINGS
ATLANTA GA 31193-3949

PREFERRED BUSINESS SYSTEMS, L.L.C.
5334 E. 46TH STREET
TULSA OK 74135

PREFERRED TAPE
6708 E 13TH STREET
TULSA OK 74112-5612

PREMIUM INGREDIENTS INTERNATIONAL
285 E. 410 AVENUE
CAROL STREAM IL 60188

QUADREL LABELING SYSTEMS
7670 JENTHER DRIVE
MENTOR OH 44060

RIGGS, ABNEY, NEAL, TURPEN,
ORBISON & LEWIS
TULSA OK 74119-1010

SBCC
BANK OF AMERICA CTR SUITE 1214
15 WEST 6TH ST
TULSA OK 74119-5406

SENSIENT COLORS, INC.
P.O. BOX 934709
ATLANTA GA 31193-4709

SHUSTER LABORATORIES, INC.
85 JOHN ROAD
CANTON MA 02021

SKIDMORE SALES & DISTRIBUTING CO
9889 CINCINNATI-DAYTON ROAD
WEST CHESTER OH 45069-3826

SONIC PLASTICS
420 NORTH GENEVA ROAD
LINDON UT 84042

SOONER PALLET SERVICES, INC.
PO BOX 518
CLAREMORE OK 74018-0518

SPECTRUM LABORATORY PRODUCTS
14422 S. SAN PEDRO STREET
GARDENA CA 90248

STAKICH, INC
1155 VAUGHAN ROAD
BLOOMFIELD HILLS MI 48304

STAUBER PERFORMANCE INGREDIENTS
4120 N. PALM STREET
FULLERTON CA 92835

STERLING PHARMACEUTICAL SERICES LLC
2302 S CENTER STREET
MARYVILLE IL 62062

STRYKA BOTANICS CO., INC.
239 HOMESTEAD ROAD
HILLSBORO NJ 08844

THE FLAVOR FACTORY
2058 SECOND STREET
NORCO CA 92860

THE HARTFORD
P O BOX 2907
HARTFORD CT 06014-2907

THERMA-STORE
4201 LIEN RD
MADDISON WI 53704

TRADIMEX EQUIPMENT & SUPPLY, INC.
PO BOX 1338
OREM UT 84058-1338

Tulsa County Treasurer
500 So Denver
3rd Floor County Administration Bldg
Tulsa OK 74103

TULSA EMERGENCY MEDICAL CENTER
PO BOX 22063
TULSA OK 74121-2063

TULSA WORLD
STA DEPARTMENT
TULSA OK 74102-1770

ULINE SHIPPING SUPPLY SPECIALISTS
ATTN:  ACCOUNTS RECEIVABLE
WAUKEGAN IL 60085

UMB BANK, N.A.
PO BOX 412918
KANSAS CITY MO 64141-2918

UNITED COLD STORAGE, INC.
P.O. BOX 581114
TULSA OK 74158-1114

UNITED PARCEL SERVICE
LOCKBOX 577
CAROL STREAM IL 60132-0577

UNIVAR USA, INC.
P. O. BOX 849027
DALLAS TX 75284-9027

UTILITY  REBATE  CONSULTANTS
2526 EAST 71ST ST, SUITE E
TULSA OK 74136-5531

WARREN  L.  MEEKS
8629 S. DARLINGTON AVE
TULSA OK 74137

WEST  COAST  CONTAINER,  INC./ALCOA
1525 WILLAMETTE FALLS DR.
WEST LINN OR 98068

YELLOW  TRANSPORTATION,  INC.
P. O. BOX 730333
DALLAS TX 75373-0333

# United States Bankruptcy Court
## Northern District of Oklahoma

In re   __TRC Nutritional Labs, Inc.__ _____

Debtor(s)

Case No. _____

Chapter   __11__ _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __TRC Nutritional Labs, Inc.__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__December 31, 2009__ _____

Date

__/s/ Mark A. Craige OBA__ _____

__Mark A. Craige OBA #1992__

Signature of Attorney or Litigant

Counsel for   __TRC Nutritional Labs, Inc.__ _____

__MorrelSaffaCraige__
__3501 S. Yale Avenue__
__Tulsa, OK 74135__
__918-664-0800 Fax:918-663-1383__
__mark@law-office.com; aashley@law-office.com__